IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brady, James E | Case Number:  07 B 02313 |
| | Judge:  Squires, John H |
| Printed:  2/5/08 | Filed:  2/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  December 11, 2007
Confirmed:  June 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,955.00 | |
| Secured: | | 3,310.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,314.00 |
| Trustee Fee: | | 319.71 |
| Other Funds: | | 11.29 |
| Totals: | 5,955.00 | 5,955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 2,314.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Bank Of New York | Secured | 0.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Secured | 30,026.43 | 3,310.00 |
| 8. | Chase Manhattan Mortgage Corp | Secured | 5,552.70 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 8,089.20 | 0.00 |
| 10. | One Eton Square Apartments | Secured | | No Claim Filed |
| 11. | Cook County Treasurer | Secured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 45,982.33 | $ 5,624.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 10.08 |
| 5.4% | 309.63 |
| | _____ |
| | $ 319.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Brady, James E

Printed: 2/5/08

Case Number: 07 B 02313
Judge: Squires, John H
Filed: 2/9/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

